# CASE DESCRIPTION – SUPERIOR COURT

Case Number: 3KO-14-_____ CI

Check the box that best describes the case. Mark **one** box only. If the caption is "In the Matter of", do **not** select Civil – Superior Court case. Use either Superior Court Miscellaneous Petition or appropriate Domestic Relations case type. For district court cases, use form CIV-125D.

## CIVIL – SUPERIOR COURT

### CONTRACT
Contract cases involving real property should be reported under the real property category.
- ☐ Debt Collection (CISDEB)
- ☐ Claim Against Seller of Goods/Services (CISCLAIM)
- ☐ Employment Dispute (CISEMP)
- ☒ Other Contract (CISOCT)

### TORT
- ☐ Intentional Tort (e.g. assault, battery, vandalism) (CISIT)
- ☐ Slander/Libel/Defamation (CISSLD)
- ☐ Product Liability (CISPL)
- ☐ Wrongful Death (CISPID)

Automobile Negligence:
- ☐ Personal Injury Only (CISPIA)
- ☐ Property Damage Only (CISPDA)
- ☐ Both (CISIDA)

Other Negligence:
- ☐ Personal Injury Only (CISPIO)
- ☐ Property Damage Only (CISPDO)
- ☐ Both (CISIDO)

### MALPRACTICE
- ☐ Legal Malpractice (CISLMP)
- ☐ Medical Malpractice (CISMMP)
- ☐ Other Malpractice (CISOMP)

### REAL PROPERTY
- ☐ Quiet Title (CISQIT)
- ☐ Foreclosure (CISFOR)
- ☐ Condemnation (CISCNDM)
- ☐ Real Estate Matter (CISREM)

### OTHER CIVIL
- ☐ Arbitration Proceeding (CISAP)
- ☐ Confession of Judgment (CISCCONF)
- ☐ Unfair Trade Practice (CISUTP)—incl. injunc. relief
- ☐ Consumer Protection (CISCP)—incl. injunc. relief
  (Clerk: Use form CIV-128 for CISUTP and CISCP.)
- ☐ Declaratory Judgment/Injunc. Relief (CISINJ)
- ☐ OSC Request – Admin Agency (CIOSC)
- ☐ Action to Enforce Administrative Agency Order (Incl Subpoena) (CIBW)
- ☐ Writ of Habeas Corpus (CIWHC)
- ☐ Election Contest or Recount Appeal (CISELE)
- ☐ Enforcement of Arbitration Order or Subpoena AS 09.43.070 (CIARB)
- ☐ Property Division—Domestic Partnership (CISPROP)
- ☐ Other Civil Complaint (CISOCI). Describe:
_____
_____
_____

## FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- ☐ Eviction – F.E.D. (CISFED)

## FOREIGN JUDGMENT – SUPERIOR COURT
- ☐ Registration of Foreign Judgment (CISFOJ)
  *Do not use for foreign support/custody order. See Domestic Relations category.*

## POST-CONVICTION RELIEF TO SUPERIOR COURT
- ☐ Post-Conviction Relief (CISPCR)

## DOMESTIC RELATIONS

### DIVORCE WITHOUT CHILDREN
- ☐ Divorce Without Children (CISDIV)
- ☐ Uncontested Divorce Without Children – Superior Court (CISUDIV)

### DIVORCE OR CUSTODY WITH CHILDREN (OR PREGNANT)
- ☐ Petition for Custody (CISCUS)
- ☐ Uncontested Complaint for Custody (CISUCUS)
- ☐ Divorce With Children (CISDVC)
- ☐ Uncontested Divorce With Children (CISUDVC)

### LEGAL SEPARATION
- ☐ Legal Separation With Children (CICLS)
- ☐ Legal Separation Without Children (CISLS)

### DOMESTIC RELATIONS OTHER
- ☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- ☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- ☐ Petition for Order re: PFD or Native Dividend (CIPND)
- ☐ Establishment of Paternity (CISPAT)
- ☐ Disestablishment of Paternity (CIDPAT)
- ☐ Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 (DR483)
- ☐ Foreign Support Order – Registration, Modification or Enforcement under AS 25.25 (CIUIFSA)
- ☐ **Both** Foreign Custody and Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 (CIFCS)
- ☐ Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement (CIDRFJ)
- ☐ Petition for Annulment (CIANNUL)
- ☐ Petition for Visitation (CIVIS)

Exhibit A

CIV-125S (2/14)(cs - ht)
CASE DESCRIPTION FORM – SUPERIOR COURT

Page 1 of 2 Pages

Page 1 of 2

Case 3:14-cv-00112-SLG   Document 1-1   Filed 06/12/14   Page 1 of 2

## SUPERIOR COURT MISCELLANEOUS PETITION

- [ ] Abatement & Forfeiture of Fish & Game Equip. (CISAF)
- [ ] Appointment of Trustee Counsel (CISTC)
- [ ] Entry & Inspection Warrant – AS18.60.083 (CISWRNT)
- [ ] Minor Settlement – Civil Petition (CISPET)*
- [ ] Structured Settlement – AS09.60.200 (CISSS)
- [ ] Other Superior Court Petition (CISPET)
      Describe: _____

* Minor settlement petitions may also be filed as a probate case (PRMS). Do not use this form when filing a probate case.

## APPEAL & REVIEW MATTERS IN THE SUPERIOR COURT

### ADMINISTRATIVE AGENCY APPEAL

- [ ] DMV Appeal (CIADDMV)
- [ ] Administrative Agency Appeal (CIADR)
- [ ] Employment Security Appeal (CIADRESA)

### APPEAL FROM DISTRICT COURT

- [ ] Civil or Small Claims Appeal (CIACI)
- [ ] Criminal Merit Appeal (CIACRM)
- [ ] Criminal Sentence Appeal (CIACRS)
- [ ] Minor Offense Appeal (CIAMO)

### PETITION FOR REVIEW OR RELIEF

- [ ] Petition for Review from Admin. Agency (CIPRA)
- [ ] Petition for Review from District Court (CIPRD)
- [ ] Petition for Review from Admin. Agency – AS 44.62.305 (CIPRLF)
- [ ] CSSD License Review Action (CICSED)

CIV-125S (2/14)(cs - ht)
CASE DESCRIPTION FORM – SUPERIOR COURT

Exhibit A
Page 2 of 2 Pages

Page 2 of 2

Case 3:14-cv-00112-SLG   Document 1-1   Filed 06/12/14   Page 2 of 2