Mark C. Manning
Mark C. Manning, P.C.
1000 O'Malley Road, Ste. 202
Anchorage, Alaska 99515
(907) 278-9794 Fax 278-9794
manning@alaska.net
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL JOHN FRICCERO and GINA PERU FICCERO,<br><br>        Plaintiffs,<br><br>v.<br><br>ERIC WILLIAM FRICCERO and IN REM $142,100,<br><br>        Defendants. | Case no. 3:14-cv-00112-SLG |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action stipulate that the entire case may be dismissed with prejudice, the parties to bear their respective costs and fees.

DATED at Anchorage, Alaska, this 22d day of July, 2014.

                                              s/ Mark C. Manning
                                              Mark C. Manning
                                              MARK C. MANNING, P.C.
                                              Counsel for Plaintiff
                                              1000 O'Malley Road, Ste. 202
                                              Anchorage, AK 99515
                                              Phone: (907) 278-9794
                                              Fax: (907) 278-1169
                                              manning@alaska.net
                                              ABA No. 8110066

  s/ Jill Wittenbrader   (w/consent)
506 Marine Way, Ste. 3
Kodiak, AK 99615
Phone: (907) 486-1004
Fax: (907) 486-1014
jillwitt@gmail.com
kodiakgal@gmail.com
ABA No. 9211109